# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Phillips, Mary Elizabeth**

Report Year: 2020

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.

I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**/s/ Phillips, Mary Elizabeth [electronically signed on 05/11/2021 by Phillips, Mary Elizabeth in JEFS]**

## I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|
| 1 | Family Trust | Trust | Trustee |

## II. Agreements

None

## III A. Filer's Non-Investment Income

None

## III B. Spouse's Non-Investment Income

| # | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | State of Missouri | Salary |

## IV. Reimbursements

None

## V. Gifts

None

## VI. Liabilities

None

## VII. Investments and Trusts

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Adorn, Inc. | | None | None | $15,000 or less | Estimated | | | |
| 2 | Family Trust | | | | | | | | |
| 2.1 | Country Club Bank | | $1,000 or less | Interest | $100,001 - $250,000 | Cash Market | | | |
| 2.2 | Schwab 1 | See Note | | | | | | | |
| 2.2.1 | Vanguard Select Value - VASVX | | $5,001 - $15,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 2.2.2 | Osage Sch Lake Ozark - bond | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 2.2.3 | Greene Co Reorg school - bond | | $1,001 - $2,500 | Interest | $50,001 - $100,000 | Cash Market | | | |
| 2.2.4 | Missouri St. Health and EDL - bond | | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| 2.3 | Schwab 1 | | | | | | | | |
| 2.3.1 | California Resource Corp - CRC | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.1.1 | California Resource Corp - CRC | See Note | | | | | Closed | 06/28/2019 | None |
| 2.3.2 | Colgate Palmolive (CL) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.3 | Diageo plc - DEO | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.3.4 | Intel Corp - INTC | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.3.4.1 | Intel Corp - INTC | | | | | Purchased | 12/02/2020 | $15,000 or less |
| 2.3.5 | Johnson & Johnson - JNJ | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.6 | Linde PCL - LIN | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.6.1 | Linde PCL - LIN | | | | | Sold | 12/02/2020 | $15,000 or less |
| 2.3.7 | Medtronic - MDT | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.3.7.1 | Medtronic - MDT | | | | | Purchased | 12/02/2020 | $15,000 or less |
| 2.3.8 | PepsiCo Inc | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.9 | Rockwell Automation - ROK | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.10 | Suncor Energy - SU | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.10.1 | Suncor Energy - SU | | | | | Sold | 12/02/2020 | $15,000 or less |
| 2.3.11 | Union Pacific - UNP | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.12 | IShares Trust Real Estate - IYR | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.3.13 | iShares Russell 2000 Value Index | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.3.13.1 | iShares Russell 2000 Value Index | | | | | Sold | 12/02/2020 | $15,001 - $50,000 |
| 2.3.14 | iShares MSCI Emerging Markets Index EEM | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.3.15 | ISHARES Core MSCI Emerging - IEMG | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.3.15.1 | ISHARES Core MSCI Emerging - IEMG | | | | | Sold | 12/02/2020 | $15,000 or less |
| 2.3.16 | Vanguard Midcap Growth - VOT | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 2.3.17 | Vanguard Mid Cap Value - VOE | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.3.18 | Vanguard FTSE Emerging Markets - VWO | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.3.19 | Vanguard Russell 1000 Growth - VONG | $1,000 or less | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 2.3.20 | Vanguard Russell 1000 Value - VONV | $1,001 - $2,500 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 2.3.21 | Vanguard Russell 2000 Growth - VTWG | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.3.22 | Vanguard FTSE Developed Market - VEA | $2,501 - $5,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 2.3.23 | Matthews Pacific Tiger - MAPTX | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 2.3.24 | Vanguard Primecap Core - VPCCX | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 2.3.25 | Vanguard Tax-Managed Small Cap - VTMSX | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.3.26 | Cash Account Schwab | $1,000 or less | Interest | $100,001 - $250,000 | Cash Market | | | |
| 2.4 | Schwab 2 (Roth) | See Note | | | | | | |
| 2.4.1 | T. Rowe Price Overseas TROIX | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.4.2 | UNTS Gugg Flah Crum PRFD | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.4.3 | Cash Account Schwab | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 2.5 | Schwab 3 (Rollover) | See Note | | | | | | |
| 2.5.1 | California Resources Corp - CRC | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.1.1 | California Resources Corp - CRC | See Note | | | | Closed | 08/31/2020 | None |
| 2.5.2 | Colgate Palmolive - CL | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.2.1 | Colgate Palmolive - CL | | | | | Sold | 12/02/2020 | $15,000 or less |
| 2.5.3 | Diageo PLC - DEO | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.3.1 | Diageo PLC - DEO | | | | | Sold | 12/02/2020 | $15,000 or less |
| 2.5.4 | Intel Corp - INTC | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.5 | Johnson & Johnson - JNJ | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.6 | Linde PLC | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.6.1 | Linde PLC | | | | | Sold | 12/02/2020 | $15,000 or less |
| 2.5.7 | Medtronic - MDT | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.8 | Pepsico - PEP | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.9 | QUALCOMM Inc - QCOM | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.10 | Rockwell Automation - ROK | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.5.11 | Suncor - SU | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.11.1 | Suncor - SU | | | | | Sold | 12/02/2020 | $15,000 or less |
| 2.5.12 | Union Pacif Corp - UNP | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.13 | Ishared US Real Estate - IYR | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.5.14 | Vanguard Mid-Cap Growth - VOT | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.5.15 | Vanguard Mid-cap Value | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.5.16 | Vanguard Emerging Markets - VWO | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.5.17 | Vanguard Russell 1000 Growth - VONG | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 2.5.18 | Vanguard Russell 2000 Value VTWV | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.5.19 | Vanguard russell 2000 Growth - VTWG | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.5.20 | Vanguard Developed MKT - VEA | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 2.5.21 | Verizon Comm Int. NTS B/E - bond | None | None | $15,001 - $50,000 | Cash Market | | | |
| 2.5.22 | Matthews Asian Divident MIPIX | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.5.22.1 | Matthews Asian Divident MIPIX | | | | | Purchased | 12/04/2020 | $15,001 - $50,000 |
| 2.5.23 | Schwab US Divident SCHD | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.5.23.1 | Schwab US Divident SCHD | | | | | Purchased | 12/02/2020 | $15,001 - $50,000 |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.5.24 | Cash Account Schwab | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 2.6 | Schwab 4 (Rollover) | See Note | | | | | | |
| 2.6.1 | Loomis Sayles Growth - LGRCX | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.6.1.1 | Loomis Sayles Growth - LGRCX | | | | | Sold | 12/02/2020 | $15,000 or less |
| 2.6.2 | Oakmark Intl Fund - OAKIX | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.6.2.1 | Oakmark Intl Fund - OAKIX | | | | | Sold | 12/02/2020 | $15,000 or less |
| 2.6.3 | T. Rowe Price Asia Opportunities TRASX | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.6.3.1 | T. Rowe Price Asia Opportunities TRASX | | | | | Purchased | 12/04/2020 | $15,001 - $50,000 |
| 2.6.4 | Cash Account Schwab | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 2.7 | Schwab 5 (Roth) | See Note | | | | | | |
| 2.7.1 | California Resources Corp - CRC | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.1.1 | California Resources Corp - CRC | See Note | | | | Closed | 12/01/2020 | None |
| 2.7.2 | Colgate Palmolive - CL | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.2.1 | Colgate Palmolive - CL | | | | | Sold | 12/02/2020 | $15,000 or less |
| 2.7.3 | Diageo - DEO | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.3.1 | Diageo - DEO | | | | | Sold | 12/02/2020 | $15,000 or less |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.7.4 | Intel Corp - INTC | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.5 | Johnson & Johnson - JNJ | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.6 | Medtronic - MDT | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.7 | Pepsico - PEP | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.8 | Qualcomm - QCOM | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.9 | Rockwell Automation - ROK | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.10 | Suncor - SU | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.10.1 | Suncor - SU | | | | | Sold | 12/02/2020 | $15,000 or less |
| 2.7.11 | Union Pacitic Corp - UNP | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.7.12 | IShares US Real Estate - IYR | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.7.13 | Vanguard Mid-Cap Growth - VOT | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.7.14 | Vanguard Mid-Cap Value - VOE | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.7.15 | Vanguard Emerging Markets - VWO | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 2.7.16 | Vanguard Russell 1000 Growth - VONG | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.7.17 | Vanguard Russell 2000 Value - VTWV | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.7.18 | Vanguard Russell 2000 Growth - VTWG | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.7.19 | Vanguard Developed MKT - VEA | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.7.20 | Vanguard Total Stock - VTSAX | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.7.21 | Schwab US Dividend SCHD | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 2.7.21.1 | Schwab US Divident SCHD | | | | | Purchased | 12/04/2020 | $50,001 - $100,000 |
| 2.7.22 | T Rowe Price Asia Opportunities TRASX | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.7.22.1 | T Rowe Price Asia Opportunities TRASX | | | | | Purchased | 12/04/2020 | $15,001 - $50,000 |
| 2.7.23 | Cash Account Schwab | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 3 | 457(b) Plan | | | | | | | |
| 3.1 | MO2035 Fund | $1,001 - $2,500 | Interest | $250,001 - $500,000 | Cash Market | | | |

## Additional Information or Explanation

| PART | # | NOTE |
|---|---|---|
| VII. | 2.2 | In October 2020 all assets in our UBS account were transferred to a new account with Charles Schwab. Further, assets reported in USB 1 and UBS 2 were combined into one account now entitled Schwab 1 |
| VII. | 2.3.1.1 | This company declared bankruptcy and the asset no longer has any value. |

| PART | # | NOTE |
|------|---|------|
| VII. | 2.4 | In October 2020, all assets in our UBS account were transferred to a new account with Charles Schwab.  USB accounts 1 and 2 were combined into one account.  Thus, this account was previously referred to as UBS 3. |
| VII. | 2.5 | n October 2020, all assets in our UBS account were transferred to a new account with Charles Schwab.  USB accounts 1 and 2 were combined into one account.  Thus, this account was previously referred to as UBS 4. |
| VII. | 2.5.1.1 | The company declared bankruptcy and the asset has no value. |
| VII. | 2.6 | n October 2020, all assets in our UBS account were transferred to a new account with Charles Schwab.  USB accounts 1 and 2 were combined into one account.  Thus, this account was previously referred to as UBS 5. |
| VII. | 2.7 | n October 2020, all assets in our UBS account were transferred to a new account with Charles Schwab.  USB accounts 1 and 2 were combined into one account.  Thus, this account was previously referred to as UBS 6. |
| VII. | 2.7.1.1 | The company declared bankruptcy and the asset has no value. |